Case 1:25-cv-00549-CBA-CHK   Document 36   Filed 08/12/25   Page 1 of 2 PageID #:
Case 1:25-cv-00549-CBA-CHK   Document 31-2   Filed 02/28/25   Page 1 of 2 PageID #:
156

JPL:EWS/JOE/LM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

      - against -

MAX INFINITY MANAGEMENT LLC d/b/a
MAX INFINITY FUND et al.,

                Defendants.

-------------------------------------------------------------X

25-CV-549 (VMS)

## ORDER

The Court, having reviewed the Government's Notice of Motion to Intervene and to Stay Civil Proceedings in the above-captioned case (the "Civil Case") submitted pursuant to Rule 24 of the Federal Rules of Civil Procedure, and the Government's Memorandum of Law in Support of its Motion to Intervene and to Stay Civil Proceedings, HEREBY ORDERS THAT:

Pending resolution of the criminal matter captioned <u>United States v. John Cangialosi et al.</u>, 24-CR-363 (CBA), by verdict, pretrial disposition, or until otherwise allowed by the Court, the Civil Case proceedings are stayed and the Securities and Exchange Commission; the defendants Max Infinity Management LLC d/b/a Max Infinity Fund; Max Infinity Venture Partners, Inc.; Elder Fund Management LLC; JJRP United Corp.; Grand Level Consulting Inc.; John S. Cangialosi, Jr.; Peter N. Girgis; Gene "Jerry" Sarabella; Enrico A. "Ed" Carini; Caner "John" Otar; Chester E. "Chett" Scotland; Franz H. Lambert II; and relief defendants JCang1 Corp.; Girgis Consulting, Inc.; October United Marketing Inc.; Under Par

Consulting Inc.; Put Them on the Books Marketing Inc.; Perfect Perfection, Ltd.; Scotland Omega Ltd.; and Franz & Anthony Holdings Corp. will not seek discovery in the Civil Case from one another or from third parties.

IT IS SO ORDERED.

Dated: Brooklyn, New York
       august 12, 2025

/s/ Hon. Carol Bagley Amon
United States District Judge
Eastern District of New York